IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLENWOOD FARMS, INC.
et. al.,

      Plaintiffs,

v.                                                                        No. 3:05mc11/MCR/MD

GARVE IVEY, et. al.,

      Defendants.

_____/

REPORT AND RECOMMENDATION

      This miscellaneous case originated with a local witness' motion to quash a subpoena originating from a case pending in the United States District Court for the District of Maine (doc. 1).  This court ordered a hearing and supplemental pleadings (doc. 5), and after consultation the parties settled their differences (doc.13).  The witness then moved for attorney fees (doc. 11), which the court granted, subject to further proceedings pursuant to Loc. R. 54.1(E) (doc. 14).  That issue has now also been settled, and the witness has withdrawn his fee request (doc. 20).  It therefore appears that nothing remains for this court to consider.

      ACCORDINGLY, it is respectfully RECOMMENDED that the court direct the clerk to close this case administratively.

      At Pensacola, Florida, this 30th day of November, 2005.

      /s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See,* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:05mc11/MCR/MD*